IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | ) | |
| v. | ) | CR. NO. 2:16 cr 91-MHT |
| | ) | [18 U.S.C. § 371; |
| | ) | 18 U.S.C. § 1028A] |
| | ) | |
| WENDY LATRICE HUFF | ) | INFORMATION |

The United States Attorney charges:

## INTRODUCTION

At all times relevant to this Information:

1.     Defendant WENDY LATRICE HUFF resided in Montgomery County, Alabama, within the Middle District of Alabama.  Between March 2014 and August 2015, Defendant was employed by Company A in Montgomery, Alabama.  Company A provided, among other things, check-cashing services and loans.  Between in or about October 2012 and in or about February 2014, Defendant was employed by Company B, a company that provided title loans and payday loans.  Through her employment at both companies, WENDY HUFF had access to the means of identification of individuals.

2.     A "means of identification" was any name or number that may be used, alone or in conjunction with any other information, to identify a specific individual, including a name, Social Security number, or date of birth.

3.     A "prepaid debit card" was a card linked to an account at a financial institution, which could be used to receive deposits electronically like a bank account and to make purchases and cash withdrawals with funds in the account like a debit card. Prepaid cards were administered through multiple providers and financial institutions.

4.     The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the federal tax laws of the United States, and collecting taxes owed to the United States.

### COUNT 1
(Conspiracy to Commit Mail Fraud)

5.     The factual allegations contained in Paragraphs 1 through 4 of the Introduction Section of this Information are realleged and incorporated herein as if copied verbatim.

6.     Beginning in or about January 2013, and continuing until on or about August 2015, within the Middle District of Alabama, Defendant,

### WENDY LATRICE HUFF,

along with James Vernon Battle ("Battle") and others, unlawfully, voluntarily, intentionally, and knowingly did conspire, combine, confederate, and agree together and with each other to commit the offense of mail fraud, in violation of Title 18, United States Code, Section 1341.

### MANNER AND MEANS

7.     To accomplish the objects of this scheme, Defendant used the following manners and means, among others:

8.     Defendant WENDY HUFF would and did agree to assist Battle in fraudulently obtaining credit cards and prepaid debit cards in the names of other individuals without their authorization and causing those cards to be mailed to various addresses in the Middle District of Alabama

13605025.1

9.      Defendant WENDY HUFF would and did agree to provide to Battle means of identification from Company A and Company B for Battle to use in a scheme to fraudulently obtain credit cards and prepaid debit cards.

10.     Defendant WENDY HUFF would and did obtain the means of identification of hundreds of individuals, including their names, dates of birth, and Social Security numbers, from Company A and Company B and provided those means of identification to Battle.  Among other victims, Defendant provided the means of identification of D.A. and R.M. to Battle.

11.     Battle would and did use these means of identification and others to file fraudulent federal income tax returns without the knowledge or consent of the taxpayers listed on the tax returns and directed the anticipated tax refunds to prepaid debit cards in the taxpayer's name and to United States Treasury Checks.  Battle filed at least 335 fraudulent tax returns that claimed over $400,000 in fraudulent refunds, including fraudulent returns in the names of D.A. and R.M.

12.     Defendant WENDY HUFF would and did agree with Battle to have prepaid debit cards mailed to her residence and provided the prepaid debit cards she received to Battle, including a prepaid debit card in the name of R.M.

13.     Defendant WENDY HUFF would and did agree to cash fraudulent United States Treasury Checks issued in the names of other individuals for Battle.

14.     Defendant WENDY HUFF and Battle would and did commit acts in an attempt to conceal the existence of the conspiracy.

13605025.1

## OVERT ACTS

15.     In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed by or caused to be committed by one or more members of the conspiracy, in the Middle District of Alabama, and elsewhere:

16.     On several dates between January 1, 2013 and February 2014, Defendant WENDY HUFF obtained means of identification of individuals from Company B, including the identification for R.M.

17.     On several dates between March 2014 and August 2015, Defendant WENDY HUFF obtained means of identification of individuals from Company A, including the identification for D.A.

18.     On several dates on or after January 1, 2013, Defendant WENDY HUFF provided to Battle means of identification of individuals, including the identification for R.M. and D.A.

19.     In or about February 2014, Battle caused to be sent and delivered to Defendant's residence by the United States Postal Service, a prepaid debit card in the name of R.M. Defendant WENDY HUFF provided the prepaid debit card in the name of R.M. to Battle.

20.     On or about March 5, 2014, Battle filed a fraudulent tax return in the name of R.M. that claimed a refund in the amount of $2,151 and directed the refund to the prepaid debit card in R.M.'s name.

21.     In or about January 2015, Battle caused to be sent and delivered to an address on Gunter Park Drive, in Montgomery, Alabama, by the United States Postal Service, a prepaid debit card in the name of D.A.

4

22.     On or about January 29, 2015, Battle filed a fraudulent tax return in the name of D.A. that claimed a refund in the amount of $1,218 and directed the refund to the prepaid debit card in D.A.'s name.

23.     On or about July 1, 2015, Battle caused to be sent and delivered by the United States Postal Service a United States Treasury Check in the name of M.S. The tax refund check was generated by a fraudulent tax refund.

24.     On or about August 16, 2015, while employed at Company A, Defendant WENDY HUFF cashed for Battle the United States Treasury Check in the name of M.S. In exchange for cashing the check for Battle, Defendant received approximately half of the check amount.

All in violation of Title 18, United States Code, Section 371.

**COUNT 2**
(Aggravated Identity Theft)

25.     The factual allegations contained in Paragraphs 1 through 4 of the Introduction Section of this Information are realleged and incorporated herein as if copied verbatim.

26.     In or about February 2014, in the Middle District of Alabama, Defendant, **WENDY LATRICE HUFF**, did knowingly possess, transfer, and use the means of identification of another person without lawful authority during and in relation to the felony offense of mail fraud, that is, she knowingly possessed, transferred, and used the name and Social Security number of R.M., an actual person, and caused a prepaid debit card in the name of R.M. to be mailed to Defendant's residence.

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(5) and § 2.

5

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

Jonathan S. Ross
Assistant United States Attorney

Robert J. Boudreau
Michael C. Boteler
Trial Attorneys
United States Department of Justice
Tax Division

6